# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK LAWRENCE, | : | Civil No. 1:21-CV-0229 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES IMMIGRATION | : | |
| ENFORCEMENT & CUSTOMS, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 5th day of April, 2021, upon consideration of the petition for writ of habeas corpus, Doc. 1, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. 2, is **DENIED as moot** as Petitioner paid the filing fee.

3. The Clerk of Court shall **CLOSE** this file.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania